# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| ADVANCE TRUST & LIFE ESCROW SERVICES, LTA, as securities intermediary for LIFE PARTNERS POSITION HOLDER TRUST, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE, <br><br> Defendant. | Civil Action No. 18-CV-00368 |

### PLAINTIFF ADVANCE TRUST & LIFE ESCROW SERVICES, LTA'S NOTICE OF MOTION TO EXCLUDE EXPERT OPINIONS OF CRAIG MERRILL AND JACK GIBSON

Plaintiff Advance Trust & Life Escrow Services, LTA submits this motion and supporting memorandum of law in support of its motion to exclude certain expert testimony offered by North American's expert Craig Merrill and Jack Gibson. For the reasons set forth in the accompanying Memorandum of Law, Merrill's and Gibson's opinions about (i) "expectations as to future mortality experience" and (ii) the proper measure of damages should be excluded, and Merrill should be excluded from testifying on actuarial matters.

Dated: November 18, 2022

                                                   */s/ Steven G. Sklaver*
                                                   Steven G. Sklaver (*pro hac vice*) – lead counsel
                                                   Krysta Kauble Pachman (*pro hac vice*)
                                                   Glenn C. Bridgman (*pro hac vice*)
                                                   Nicholas N. Spear (*pro hac vice*)
                                                   Lora Krsulich (*pro hac vice*)
                                                   SUSMAN GODFREY L.L.P.
                                                   1900 Avenue of the Stars, Suite 1400

1

Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
ssklaver@susmangodfrey.com
kpachman@susmangodfrey.com
gbridgman@susmangodfrey.com
nspear@susmangodfrey.com
lkrsulich@susmangodfrey.com

Seth Ard (*pro hac vice*)
Ryan Kirkpatrick (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
sard@susmangodfrey.com
rkirkpatrick@susmangodfrey.com

*Attorneys for Plaintiff Advance Trust & Life Escrow Services, LTA, as securities intermediary of Life Partners Position Holder Trust & Class Counsel*

R. Ronald Pogge (AT0006374)
Robin G. Maxon (AT0005005)
HOPKINS & HUEBNER, P.C.
2700 Grand Avenue, Suite 111
Des Moines, IA 50312
Phone:  515-244-0111
Fax:  515-697-4299
rpogge@hhlawpc.com
rmaxon@hhlawpc.com

*Attorneys for Plaintiff Advance Trust & Life Escrow Services, LTA, as securities intermediary of Life Partners Position Holder Trust*

## **CERTIFICATE OF SERVICE**

I hereby certify this 18th day of November, 2022, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the court using the CM/ECF system which will send notification to attorneys of record, and is available for viewing and downloading.

 *Steven G. Sklaver*
 Steven G. Sklaver