# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| PHT HOLDING II LLC, on behalf of itself and all others similarly situated, | Civil Action No. 18-CV-00368 |
| | Honorable Stephanie M. Rose |
| Plaintiff, | Honorable Helen C. Adams |
| vs. | |
| | **NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE, | |
| Defendant. | |

PLEASE TAKE NOTICE that Plaintiff PHT Holding II LLC, on behalf of itself and the certified Class in this Action, moves this Court before the Honorable Stephanie M. Rose for a final order and judgment, pursuant to Rule 23 of the Federal Rules of Civil Procedure, granting final approval of the Settlement and distribution plan, based on the accompanying Memorandum of Law in Support of Plaintiff's Motion for Final Approval of Class Action Settlement, the Declarations of Seth Ard and Gina Intrepido-Bowden and exhibits attached thereto, and Class Counsel's Motion for Attorneys' Fees, Reimbursement of Litigation Expenses, and Service Award and the accompanying memorandum, declarations, and exhibits attached thereto (Dkt. 312).

The Final Fairness Hearing is set for November 28, 2023, at 10:00 AM, in the United States District Court for the Southern District of Iowa, United States Courthouse, Courtroom 145, 123 East Walnut Street, Des Moines, IA 50309.

Dated: November 13, 2023

/s/ Seth Ard
SUSMAN GODFREY L.L.P.
Seth Ard (*Pro Hac Vice*) (Lead Counsel)
Ryan C. Kirkpatrick (*Pro Hac Vice*)
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Phone: (212) 336-8330
sard@susmangodfrey.com
rkirkpatrick@susmangodfrey.com

Steven Sklaver (*Pro Hac Vice*)
Krysta Kauble Pachman (*Pro Hac Vice*)
Glenn Bridgman (*Pro Hac Vice*)
Nicholas N. Spear (*Pro Hac Vice*)
Halley W. Josephs (*Pro Hac Vice*)
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Phone: (310) 789-3100
ssklaver@susmangodfrey.com
kpachman@susmangodfrey.com
gbridgman@susmangodfrey.com
nspear@susmangodfrey.com
hjosephs@susmangodfrey.com

*Class Counsel*

/s/ Robin G. Maxon
R. Ronald Pogge (AT0006374)
Robin G. Maxon (AT0005005)
Chandler M. Surrency (AT0012332)
HOPKINS & HUEBNER, P.C.
2700 Grand Avenue, Suite 111
Des Moines, IA 50312
Phone: 515-244-0111
Fax: 515-697-4299
rpogge@hhlawpc.com
rmaxon@hhlawpc.com
csurrency@hhlawpc.com

*Attorneys for Plaintiff*